UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

IN RE:

RICHARD, JASON C.  Case No. 21-20188
RICHARD, TARA L.  Chapter 7
 HON. DANIEL S. OPPERMAN

     Debtor (s),
_____/

## TRUSTEE'S OBJECTION TO PROPERTY CLAIMED AS EXEMPT

TO: The above captioned Debtor(s):

PLEASE TAKE NOTICE that the Trustee, DANIEL C. HIMMELSPACH, pursuant to 11 USC Section 522 and Bankruptcy Rule 4003, hereby objects to the Debtor(s), Tara Richard claimed exemptions as set forth on Schedule C.

As grounds for the Objection, Trustee states that the Debtor has attempted to exempt:

| Property | Exemptions |
|---|---|
| CIGNA Life Annuity | 11 U.S.C. § 522(d)(11)(D) |

The Trustee objects to the exemption as set forth above for the following reasons:

1. The annuity in question is listed as having an "Unknown" value, to which Trustee disagrees. Given the specific terms of the annuity, Debtor Tara Richard's age/life expectancy and using present value analysis, the estimate present value is $191,000.00.

2. 11 USC 522(d)(11)(D) has a statutory limit of $25,150.00 and to avoid any confusion or contrary argument at a later date, the exemption should be amended to $25,150.00 or disallowed. Listing an exemption as "100% of fair market value, up to any applicable statutory limit" should not be allowed.

The 341 Meeting of Creditors was held and concluded on March 31, 2021.

WHEREFORE, the Trustee requests that the court enter an order denying the Debtor's Exemption, and for other relief as is just and proper.

Dated: April 13, 2021       **/s/ DANIEL C. HIMMELSPACH**
 DANIEL C. HIMMELSPACH
 Chapter 7 Trustee
 PO Box 5856
 Saginaw, MI 48603
 (989) 790-0400
 trusteehimmelspach@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION**

IN RE:

RICHARD, JASON C.  Case No.   21-20188
RICHARD, TARA L.  Chapter 7
 HON. DANIEL S. OPPERMAN

　　　　Debtor (s),
_____/

## BRIEF IN SUPPORT OF TRUSTEE'S OBJECTION TO PROPERTY CLAIMED AS EXEMPT

　　Trustee cites as authority for his objection to Debtor(s) exemption, the provisions of 11 USC 522, MCL 600.5451, Bankruptcy Rule 4003 and the facts of the case. Trustee reserves the right to supplement this brief before any hearing on the Objection to Exemption.

　　　　　　　　　　Respectfully submitted,


Dated: April 13, 2021　　　　　　　　　　/s/ DANIEL C. HIMMELSPACH
　　　　　　　　　　DANIEL C. HIMMELSPACH
　　　　　　　　　　Chapter 7 Trustee
　　　　　　　　　　PO Box 5856
　　　　　　　　　　Saginaw, MI 48603
　　　　　　　　　　(989) 790-0400
　　　　　　　　　　trusteehimmelspach@gmail.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

IN RE:

RICHARD, JASON C.                      Case No.   21-20188
RICHARD, TARA L.                       Chapter 7
                                             HON. DANIEL S. OPPERMAN

       Debtor (s),
_____/

### ORDER DISALLOWING DEBTOR(S) EXEMPTION IN REAL PROPERTY

Upon consideration of the Trustee's Objection to the Property Claimed Exempt, and the Bankruptcy Court being fully advised in the premises therein, good cause having been shown and no response having been filed to the Trustee's Objection.

**NOW THEREFORE:**

**IT IS HEREBY ORDERED** that Debtor –Tara Richard's exemption of the CIGNA Life Annity pursuant to 11 USC 522(d)(11)(D) is **DISALLOWED.**

"EXHIBIT A"

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION**

IN RE:
RICHARD, JASON C.                      Case No.   21-20188
RICHARD, TARA L.                       Chapter 7
                                               HON. DANIEL S. OPPERMAN

        Debtor (s),
_____/

**NOTICE OF CHAPTER 7 TRUSTEES'S OBJECTION TO EXEMPTIONS CLAIMED BY DEBTORS**

     CHAPTER 7 TRUSTEE, Daniel C. Himmelspach, has filed a Motion with the Court regarding Objection to Exemption of the CIGNA Life Annuity pursuant to 11 USC 522(d)(11)(D) a.

     **Your rights may be affected.**   **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

     If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, within Fourteen (14) days, you or your attorney must:

1.     File with the court a written response or an answer, explaining your position at:

                    U.S. Bankruptcy Court
                    111 First St.
                    Bay City, MI 48707

     If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

     You must also mail a copy to:
                    Daniel C. Himmelspach
                    Chapter 7 Trustee
                    PO Box 5856
                    Saginaw, MI 48603

2.     If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.**

Date:  April 13, 2021                                   Signature:   **/s/ DANIEL C. HIMMELSPACH**
                                                       Name:        DANIEL C. HIMMELSPACH
                                                       Address:      PO Box 5856
                                                                             Saginaw, MI 48603
                                                                             (989) 790-0400
                                                                             trusteehimmelspach@gmail.com

**(Response or answer must comply with F.R. Civ. P. 8(b)(c) and (e))**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION**

IN RE:

RICHARD, JASON C.　　　　　　　　　　　Case No.　21-20188
RICHARD, TARA L.　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　HON. DANIEL S. OPPERMAN

　　　　Debtor (s),
_____/

## CERTIFICATE OF SERVICE

　　　I hereby certify that on April 13, 2021, I forwarded a copy of the Trustee's Objection to Property Claimed as Exempt and the Notice of Chapter 7 Trustee's Objection to Exemptions Claimed by Debtor by first class mail to:

|  |  |
|---|---|
| Jason & Tara Richard | Shantele Elmy |
| 908 Elizabeth | 3820 Isabella Street |
| Midland, MI 48640 | Midland, MI 48640 |

Dated: April 13, 2021　　　　　　　　　　　/s/ DANIEL C. HIMMELSPACH
　　　　　　　　　　　　　　　　　　　　DANIEL C. HIMMELSPACH
　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee
　　　　　　　　　　　　　　　　　　　　PO Box 5856
　　　　　　　　　　　　　　　　　　　　Saginaw, MI 48603
　　　　　　　　　　　　　　　　　　　　(989) 790-0400
　　　　　　　　　　　　　　　　　　　　trusteehimmelspach@gmail.com